UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:07-MJ-1075 |
| V. | ) | SHIRLEY |
| | ) | |
| | ) | |
| ERNEST DEREK REAGAN | ) | |

**O R D E R**

This matter came before the undersigned for a preliminary hearing pursuant to Fed. R. Cr. P. 5.1 on July 16, 2007. W. Brownlow Marsh, Assistant United States Attorney, was present representing the government, and Paula Voss was present representing the defendant. At the hearing, Officer Johnny Faulkner, of the Knox County Sheriff's Department, testified, among other matters, on direct examination that he approached the defendant's car, saw the defendant place a gun beside himself, smelled alcohol, placed the defendant in custody, and ultimately searched the car. During the search of the car, two ounces of crack cocaine and eight ounces of cocaine were discovered, along with another gun. In later questioning, the defendant stated that he had purchased the drugs. Paula Voss, serving as the defendant's Attorney[1], cross-examined Officer Faulkner. Based on all testimony, the Court finds there is probable cause to believe the charged offense was committed and that it was committed by the defendant.

Accordingly, it is **ORDERED** that the Defendant is therefore held to answer in the District Court.

**IT IS SO ORDERED:**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge

---

[1] Federal Defender Kim Tollison is the defendant's counsel of record. Paula Voss, another Federal Defender, acted as defendant's counsel in this hearing.