UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:07-MJ-1075 Magistrate Judge Shirley |
| ERNEST DEREK REAGAN, | ) ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter came before the undersigned on July 23, 2007, for a scheduled detention hearing. Assistant United States Attorney Tracy Stone was present representing the government. Attorney Paula Voss appeared on behalf of Defendant Ernest Reagan, who was also present.

In the Court's oral ruling, a complete review and analysis of the parties' positions, issues, and facts were stated. That specific and detailed oral ruling is attached hereto and made a part of this Order as if stated herein verbatim.

For the reasons stated therein, I find, pursuant to 18 U.S.C. § 3142 (e), that Mr. Reagan has failed to rebut the statutory presumption that his release would pose a danger to the community. In Fact, the Court finds that the government has established by clear and convincing evidence that Defendant Reagan's release would pose a danger to the community. Furthermore, the Court finds that there are no conditions or combination of conditions of release that would reasonably assure the Court that Defendant would not pose a danger to the safety of any other person or the community. Because the Court has reached this finding, it is not necessary to address the government's additional argument that Mr. Reagan poses a risk of flight.

It is therefore **ORDERED** that Defendant, Ernest Derek Reagan, be detained. Defendant will be committed to the custody of the Attorney General or his designated representative for confinement in a correction facility separate to the extent practicable from persons awaiting sentencing or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. Upon order of this Court or a Court of the United States or upon request of the attorney for the government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshals for the purpose of an appearance in connection with a Court proceeding.

**IT IS SO ORDERED.**

ENTER:

  s/ C. Clifford Shirley, Jr.  
United States Magistrate Judge